Form A

**CIVIL RIGHTS COMPLAINT TO BE USED BY A *PRO SE* PRISONER**
**UNDER 42 U.S.C. § 1983 or**
Rev. 10/10      **UNDER *BIVENS V. SIX UNKNOWN FED. NARCOTICS AGENTS***

'11 OCT -7 P2:29

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF KENTUCKY**

FILED
US DISTRICT COURT CLERK
WESTERN DIST. KENTUCKY

Allen Jones #169281

EASTERN Kentucky CORRECTioNAL COMPLEX

200 Road to JUSTice west LiBERTY, KY 41472
(Full name of the Plaintiff(s) in this action)

v.

Air Mark-food Service

LARRY D. Chaler

Page  Macguire  ~~Merced~~

Al Parks EL. All

Steven L Bershore
(Full name of the Defendant(s) in this action)

CIVIL ACTION NO. 5:11CV-167-R
(To be supplied by the clerk)

( ) DEMAND FOR JURY TRIAL

(✓) NO JURY TRIAL DEMAND
(Check only one)

## I.   PARTIES

   **(A) Plaintiff(s).** Place the full name of the Plaintiff in the first blank below, his/her place of confinement, address, and status. Repeat this procedure for each additional Plaintiff named, if any.

   (1) Name of Plaintiff: Allen Jones

   Place of Confinement: Eastern Kentucky correctional complex

   Address: 200 Road to JUStice west Liberty, Ky 41472

   Status of Plaintiff: CONVICTED ( )   PRETRIAL DETAINEE ( )   Inasent

   (2) Name of Plaintiff: _____

   Place of Confinement: _____

Address: _____

Status of Plaintiff: CONVICTED ( ___ )   PRETRIAL DETAINEE ( ___ )

(3)  Name of Plaintiff: _____

Place of Confinement: _____

Address: _____

Status of Plaintiff: CONVICTED ( ___ )   PRETRIAL DETAINEE ( ___ )

**(B)  Defendant(s)**.  Place the full name of the Defendant in the first blank below, his/her official position title in the second blank, and his/her place of employment in the third blank. Mark the capacity in which the Defendant is being sued.  Repeat this procedure for each additional Defendant named, if any.

(1)  Defendant _Air mack-Food service_____ is employed

as _commpene_____ at _8435 Georgetown Road #bo_ .
_Indiana Poles, N 46268_

The Defendant is being sued in his/her ( ✓ ) individual and/or ( ✓ ) official capacity.

(2)  Defendant _harry D. Chanler_____ is employed

as _propanell_____ at _DEPARtment of CORREctions___ .

The Defendant is being sued in his/her ( ✓ ) individual and/or ( ✓ ) official capacity.

(3)  Defendant _Page    Macquire_____ is employed

as _Worden_____ at _DEPARtment of CORRECtions_ .

The Defendant is being sued in his/her ( ✓ ) individual and/or ( ✓ ) official capacity.

(4)  Defendant _Al   Packs_____ is employed

as _EX Commisunear_____ at _DEPARtment of CORREction_ .

The Defendant is being sued in his/her ( ✓ ) individual and/or ( ✓ ) official capacity.

(5) Defendant *Steven  L.  BeeShuRe* _____ is employed

*FrankFont Kentucky*

as *Governer* _____ at *2439 Lawerence buy RD* .

*FrankFort, KY 40602*

The Defendant is being sued in his/her ( ✓ ) individual and/or ( ✓ ) official capacity.

## II.  PREVIOUS LAWSUITS

(A)  Have you begun other lawsuits in State or Federal court dealing with the <u>same facts</u> involved in this action?  YES (___) NO ( ✓ )

(B)  If your answer to "A" is YES, describe the lawsuit in the spaces below. If there is more than one lawsuit, you must describe the additional lawsuits on another sheet of paper, using the same outline.

Parties to the previous lawsuit:

Plaintiff(s):  *Allen  Jones* _____

*# 169281* _____

Defendant(s): ~~*Steven  L. BecShure*~~ _____

_____

Court (if federal court, name the district.  If state court, name the county):

_____

Docket number:  _____

Name of judge to whom the case was assigned:  _____

Type of case (for example, habeas corpus or civil rights action):_____

Disposition (for example, Was the case dismissed?  Is it still pending?  Is it on appeal?):

_____

Approximate date of filing lawsuit:  _____

Approximate date of disposition:  _____

## III.   STATEMENT OF CLAIM(S)

State here the FACTS of your case.  State how you believe your constitutional rights were violated.  Describe how each Defendant violated your rights.  And set forth the dates on which each event took place.  Do not make legal arguments or cite cases or statutes.   However, identify the constitutional right(s) you allege was/were violated.  If you intend to assert multiple claims, number and set forth each claim in separate paragraphs.

They have Lock Me up CIVIL Rights by puting me in a Cell That dos not Met the 63 Squar feet Requirments Set forth by the "Fedreal Gide lines" they also have put Two people in this space Then they let AirMark Pay there way in to the prison sestims and Brived them To keep the Prissoners on State Pay So they wood Not haft to Pay them Minum Wages and Pay taxes for Eich person. This is unJust to the Fedrel Gvment and to The taxpryers. They have feed use poor Qulitey food here we stay sick Then we got to medcal which costed. I went From 299 pounds down To 186 pounds and Started tingling From my Head to my feet,

**III. STATEMENT OF CLAIM(S) continued**

IV.   **RELIEF**

State exactly what you want the Court to do for you.  (If you seek relief which affects the fact or duration of your imprisonment (for example:  release from illegal detention, restoration of good time, expungement of records, release on parole), you must also file your claim under 28 U.S.C. §§ 2241, 2254 or 2255.)  The Plaintiff(s) want(s) the Court to:

_✓_ award money damages in the amount of $ _100,000,000_

_✓_ grant injunctive relief by _as soon as posable1_

_✓_ award punitive damages in the amount of $ _100,000,000_

_✓_ other: _Have a out side docter come in and have him chack me by doing blude worke and fisacall._

V.   **DECLARATION UNDER PENALTY OF PERJURY**
    **(each Plaintiff must sign for him/herself)**

I, the undersigned, declare under penalty of perjury that the information contained in this document is true and correct.

This _23_ day of _September_ , 20_11_.

_Allen Jones_
(Signature of Plaintiff)

_____
(Signature of additional Plaintiff)

_____
(Signature of additional Plaintiff)

I hereby certify that a copy of this complaint was delivered to the prisoner mail system for mailing on _9-25-11_ .

_Allen Jones_
(Signature)

6

Allen Jones #169281-2-D-L-13
EASTERN Kentucky CORRECTIONAL COMPLEX
200 ROAD to JUSTICE
WEST LIBERTY, KY 41472

Office of CLERK
UNITED STATE DISTRCT COURT
ROOM 127 FEdeRAl BUILDINY
501 BROAd way
PADUCA, KY 42001-6801

DISTRICT COURT CLK
W. TN. DIST. KENTUCKY

FILE

'11 OCT -7 P2:29